# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Jorge Galindo | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. SACV14-179 AG (RNBx) |
| City of Orange, et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* City of Orange and Fernando Maldonado recover costs from the plaintiff *(name)* Jorge Galindo.

☐ other: _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Hon. Andrew J. Guilford on a motion for Summary Judgment or in the Alternative Summary Adjudication.

Date: 4/30/2015

CLERK OF COURT

/s/ Lisa Bredahl
*Signature of Clerk or Deputy Clerk*